**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NATHANIEL L. FITZGERALD**                                                                                    **PLAINTIFF**

V.                                        **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY,** *et al.*                                                                                            **DEFENDANTS**

<u>**ORDER**</u>

Separate Defendants Busby, Boyd, Bonner and Strong have filed a motion to strike (docket entry #31). In the motion, these Defendants request that the Court strike docket entries #26, #27, #28, #29, and #30 from the record in this case. Defendants argue that, although Plaintiff is proceeding pro se and his pleadings should be liberally construed, these pleadings fail to comply with the Federal Rules of Civil Procedure and are intended only to inflame and prejudice the reader against the Defendants. The Court agrees. The Court GRANTS the Defendants' motion (#31). Docket entries #26, #27, #28, #29, and #30 are stricken from the record in this matter.

IT IS SO ORDERED this 8th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE