IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATHANIEL L. FITZGERALD**                                                                 **PLAINTIFF**

V.                                    **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Attorney James Matthew Coe, Fogleman, Rogers, and Coe, 123 West Broadway, Suite A, West Memphis, Arkansas, 72301, telephone number (870) 735-1900, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent the Plaintiff in all further proceedings in this case.

The Clerk of Court is directed to send Mr. Coe copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact Ms. Suzy Flippen, Courtroom Deputy Clerk, at (501) 604-5114, and a copy of the file, or any portion thereof, will be provided by compact disc free of charge. Under Rule 83.7, counsel must make written application to withdraw within fifteen (15) days of the date of this order; otherwise, the appointment will be effective.

IT IS SO ORDERED this 14th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE