**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NATHANIEL L. FITZGERALD**                                                             **PLAINTIFF**

**V.**                          **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY,** *et al.*                                                                **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion to amend (docket entry #75) is DENIED.

IT IS SO ORDERED, this 23rd day of November, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE