**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


**NATHANIEL L. FITZGERALD**                                                          **PLAINTIFF**

**V.**                          **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate

Judge Beth Deere, recommending that the Court grant Plaintiff's motion to voluntarily

dismiss Lindsay Peterson as a party defendant.  After Judge Deere entered the

recommended disposition, Plaintiff filed objections in which he states that he wishes to

withdraw his motion for voluntarily dismissal.  While the Court makes no findings

regarding the viability of Plaintiff's claims against Peterson, the Court declines to dismiss

those claims on the basis of Plaintiff's motion for voluntarily dismissal.

For the reasons stated, the Court finds that the partial recommended disposition

(docket entry #88) and Plaintiff's motion to dismiss Lindsey Peterson as a party

Defendant (docket entry #86) are MOOT.

IT IS SO ORDERED, this 23rd day of November, 2009.


                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE