# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NATHANIEL L. FITZGERALD**                              **PLAINTIFF**

**VS.**                      **CASE NO. 3:09CV00065-SWW-BD**

**DICK BUSBY,** *et al.*                                      **DEFENDANTS**

## ORDER

The Clerk of Court is requested to update the docket to reflect Defendant Strong's full name as Rodney Strong, as indicated in his Answer (docket entry #23). Counsel for Defendant Shrader is directed to respond to this Order within twenty-one (21) days identifying Dr. Shrader's full name, which was not included in his Answer (#43).

IT IS SO ORDERED this 4th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE