IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NATHANIEL L. FITZGERALD,**                                                                 **PLAINTIFF**
**ADC # 84210**

**V.**                              **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY,** *et al.*                                                                    **DEFENDANTS**

### ORDER

This matter is currently scheduled for an evidentiary hearing on August 10, 2010. Due to a conflict on the Court's calendar, the evidentiary hearing is hereby continued to August 20, 2010, at 9:30 a.m. at the United States Courthouse, 615 South Main, Room #324, Jonesboro, Arkansas. The Scheduling Order (docket entry #111) will remain in effect with regard to the deadlines for submission of witness and exhibit lists.

IT IS SO ORDERED this 21st day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE