## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**NATHANIEL L. FITZGERALD,**                                     **PLAINTIFF**
**ADC # 84210**

**VS.**                           **NO. 3:09CV00065-SWW-BD**

**DICK BUSBY, et al.**                                     **DEFENDANTS**

### ORDER

This 42 U.S.C. §1983 case is scheduled for an Evidentiary Hearing before U.S.

Magistrate Judge Beth Deere on **Friday, August 20, 2010, at 9:30 a.m.,** at the United

States District Court, 615 South Main Street, Room #324, Jonesboro, Arkansas.  Plaintiff,

Nathaniel L. Fitzgerald, is incarcerated at the Grimes Unit of the Arkansas Department of

Correction ("ADC"), 300 Corrections Drive, Newport, Arkansas 72112, in the control

and custody of the ADC.  The incidents giving rise to the allegations in this case occurred

while Plaintiff was being held at the Crittenden County Detention Center in 2009.

The ADC is hereby directed to ensure Plaintiff's appearance at the hearing on

August 20, 2010, along with the Plaintiff's complete medical file and any medical records

the ADC may have received from the Crittenden County Detention Center concerning

that confinement.  A copy of this Order has been provided to the ADC.

IT IS SO ORDERED this 14th day of July, 2010.

_____

UNITED STATES MAGISTRATE JUDGE