# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NATHANIEL L. FITZGERALD**                                       **PLAINTIFF**

**V.**                   **CASE NO. 3:09CV00065 SWW-BD**

**DICK BUSBY, et al.**                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are hereby dismissed with prejudice, this 12th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE