IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD                                                    PLAINTIFF

V.                              CASE NO. 3:09CV00065 SWW-BD

DICK BUSBY, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 12th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE